# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C. 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

NORTH BAY GENERAL HOSPITAL, INC.- OFFICIAL COMMITTEE OF
UNSECURED CREDITORS

Invoice Number 1064253
Invoice Date   01/16/07
Client Number  027861

--------------------------------------------------------------------

| Category | Hours | Total |
|---|---|---|

FOR PROFESSIONAL SERVICES RENDERED THROUGH NOVEMBER 30, 2006

| | | Hours | Total |
|---|---|---|---|
| 00000 | GENERAL | .00 | 1,553.66 |
| 00002 | CASE MANAGEMENT AND OPERATING REPORTS | 1.30 | 358.50 |
| 00003 | CORPORATE AND BUSINESS MATTERS | .90 | 436.50 |
| 00004 | SALE OF DISPOSITION OF ASSETS | .10 | 46.00 |
| 00006 | CLAIMS ADMINISTRATION AND OBJECTIONS | 23.80 | 5,779.00 |
| 00007 | MISCELLANEOUS MOTIONS AND OBJECTIONS | 1.30 | 273.00 |
| 00008 | COMMITTEE AND DEBTOR COMMUNICATIONS, CONFERENCE | 1.70 | 518.50 |
| 00011 | PLAN AND DISCLOSURE STATEMENT MATTERS AND | 56.20 | 18,962.00 |
| 00012 | CASH COLLATERAL AND DIP FINANCING | .00 | 1.35 |
| 00019 | CHAPTER 5 LITIGATION, COLLECTION AND INVESTIGATI | .50 | 152.50 |
| 00022 | FEE APPLICATIONS | 30.20 | 8,949.00 |
| Totals | | 116.00 | 37,030.01 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI      Invoice Number 1064253
   16 JANUARY 2007                              Page      2


(00000) MATTER NUMBER
RE:   GENERAL


FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006


FOR CHARGES:

| | | |
|---|---|---:|
| 10/12/06 | POSTAGE User ROTHLEDER, JEFFREY N. produced $4.88 in postage on 10/12/2006 at 16:55 hrs | 4.88 |
| | **TOTAL FOR: POSTAGE** | **4.88** |
| 10/30/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 10/30/2006 at 14:07 hrs (for | 0.40 |
| 10/30/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (361) 758-1599 on 10/30/2006 at 14:22 hrs (for | 2.00 |
| 10/12/06 | PHONE CHARGES -  SOUNDPATH LEGAL CONFERENCING | 39.97 |
| 11/09/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (361) 758-3773 on 11/09/2006 at 16:36 hrs (for | 0.50 |
| 11/16/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 250-5405 on 11/16/2006 at 15:34 hrs (for | 0.20 |
| 11/20/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 250-5405 on 11/20/2006 at 12:55 hrs (for | 0.20 |
| 11/20/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 11/20/2006 at 16:17 hrs (for | 0.20 |
| 11/21/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 250-5405 on 11/21/2006 at 14:19 hrs (for | 0.60 |
| 11/21/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 250-5577 on 11/21/2006 at 14:22 hrs (for | 0.90 |
| 11/27/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (361) 729-1166 on 11/27/2006 at 16:52 hrs (for | 0.30 |
| 11/29/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (361) 855-4943 on 11/29/2006 at 14:09 hrs (for | 0.20 |
| 11/29/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 11/29/2006 at 15:31 hrs (for | 0.20 |
| 12/06/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 250-5405 on 12/06/2006 at 08:19 hrs (for | 0.20 |
| 12/13/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 12/13/2006 at 10:58 hrs (for | 0.40 |
| 12/18/06 | PHONE CHARGES User ROTHLEDER, JEFFREY | 0.20 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI               Invoice Number 1064253
    16 JANUARY 2007                                              Page      3

| | | |
|---|---|---:|
| | N. called (713) 654-8001 on 12/18/2006 at 12:07 hrs (for | |
| 12/21/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 12/21/2006 at 10:20 hrs (for | 0.20 |
| 12/28/06 | PHONE CHARGES User ROTHLEDER, JEFFREY N. called (713) 654-8001 on 12/28/2006 at 14:07 hrs (for | 0.20 |
| | **TOTAL FOR: PHONE CHARGES** | **46.87** |
| 10/13/06 | DUPLICATING SUMMARY User LIPSTEIN, STACY L. copied 5 pages on 10/13/2006 at 10:00 hrs (B5) | 1.00 |
| 10/04/06 | DUPLICATING SUMMARY User ROTHLEDER, JEFFREY N. copied 90 pages on 10/04/2006 at 17:58 hrs (D0) | 18.00 |
| 10/12/06 | DUPLICATING SUMMARY User LIPSTEIN, STACY L. copied 8 pages on 10/12/2006 at 14:28 hrs (B6) | 1.60 |
| | **TOTAL FOR: DUPLICATING SUMMARY** | **20.60** |
| 10/31/06 | PACER SEARCH 09/01/2006 | 3.02 |
| 11/30/06 | OTHER DATABASE SEARCH   PACER 10-01-2006 | 21.84 |
| 12/29/06 | PACER  DATABASE SEARCH  11-01-2006 | 7.18 |
| | **TOTAL FOR: OTHER DATABASE SEARCH** | **32.04** |
| 11/03/06 | TELECOPIER User Non-Legal Petty Cash faxed 3 pages to (361) 758-2227, on 11/03/2006 at 09:5 | 4.50 |
| 11/03/06 | TELECOPIER User Non-Legal Petty Cash faxed 3 pages to (361) 855-3945, on 11/03/2006 at 10:0 | 4.50 |
| 10/06/06 | TELECOPIER User ROTHLEDER, JEFFREY N. faxed 2 pages to (713) 250-5548, on 10/06/2006 at 13: | 3.00 |
| | **TOTAL FOR: TELECOPIER** | **12.00** |
| 10/05/06 | MILEAGE & PARKING -  JEFFREY N. ROTHLEDER HOUSTON, TX  MILEAGE TO/FROM AIRPORT | 15.84 |
| 10/11/06 | MILEAGE & PARKING -  PETTY CASH PARKING 10-11-2006 | 35.00 |
| | **TOTAL FOR: MILEAGE & PARKING** | **50.84** |
| 08/31/06 | FedEx Package From: Mail Center Company: ARENT FOX KINTNER PLOTKIN City/State: WASHINGTON, DC Company: ELECTRONIC COURT RECORDING City: | 18.25 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
      16 JANUARY 2007                                           Page     4


            HOUSTON, TX Received by: D.CLARK

            **TOTAL FOR: OVERNIGHT DELIVERY**          **18.25**

10/05/06    OUT-OF-TOWN TRANSPORTATION -   JEFFREY      1,040.10
            N. ROTHLEDER HOUSTON, TX

            **TOTAL FOR: OUT-OF-TOWN TRANSPORTATION**  **1,040.10**

10/09/06    TRANSCRIPTS -  JEFFREY N. ROTHLEDER           220.00
            HEARING FOR 10/05/2006, CASE NO.
            05-32121

            **TOTAL FOR: TRANSCRIPTS**                 **220.00**

10/05/06    OUT-OF-TOWN MEALS -   JEFFREY N.              15.08
            ROTHLEDER HOUSTON, TX
10/05/06    OUT-OF-TOWN MEALS -   JEFFREY N.             115.00
            ROTHLEDER HOUSTON, TX

            **TOTAL FOR: OUT-OF-TOWN MEALS**           **130.08**

10/25/06    REIMBURSEMENT-FRPM JUDICIAL                  -22.00
            TRANSCRIBERS-TEXAS I

            **TOTAL FOR: REIMBURSEMENT**                **-22.00**

                                                    -------------
                 CURRENT CHARGES                        1,553.66

                 SUBTOTAL FOR THIS MATTER              $1,553.66

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
   16 JANUARY 2007                                              Page      5


(00002) MATTER NUMBER
RE:   CASE MANAGEMENT AND OPERATING REPORTS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | | Hours | Value |
|------|-----------|---|---|-------|-------|
| 10/12/06 | LA  INDELICATO | Maintain service list. | | .2 | 42.00 |
| 11/02/06 | JN  ROTHLEDER | Draft and forward letter to D. Patchin regarding default for failure to file Sept. 2006 operating report. | | .3 | 91.50 |
| 11/06/06 | JN  ROTHLEDER | Analyze September 2006 operating report and forward summary of same to S. Carroll. | | .6 | 183.00 |
| 12/13/06 | LA  INDELICATO | Revise service list. | | .2 | 42.00 |

```
                                                    -------------
                    CURRENT FEES                        358.50
```

```
                    TIMEKEEPER TIME SUMARY
        ----------------------------------------------------------
        JEFFREY ROTHLEDER        .9   at  $305.00 =     274.50
        LISA INDELICATO          .4   at  $210.00 =      84.00
                                ----                 ---------
                TOTALS          1.3                     358.50

                    SUBTOTAL FOR THIS MATTER               $358.50
```

```
027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI        Invoice Number 1064253
       16 JANUARY 2007                                 Page      6
```

(00003) MATTER NUMBER
RE:   CORPORATE AND BUSINESS MATTERS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 10/12/06 | JA  STEINBERG | Conference call re: Legacy; review and comment on letter to D. Patchin. | .6 | 276.00 |
| 11/13/06 | LP  POTTER | Review proposed language. Send e-mail comments to J. Rothleder and S. Carroll. | .3 | 160.50 |

```
                                                    -------------
                        CURRENT FEES                   436.50
```

```
                    TIMEKEEPER TIME SUMARY
          --------------------------------------------------------
          LEE J. POTTER              .3   at  $535.00 =      160.50
          JILL A. STEINBERG          .6   at  $460.00 =      276.00
                                   ----                   ---------
                    TOTALS          0.9                      436.50

                        SUBTOTAL FOR THIS MATTER              $436.50
```

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
    16 JANUARY 2007                                              Page     7


(00004) MATTER NUMBER
RE:   SALE OF DISPOSITION OF ASSETS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/03/06 | JA STEINBERG | Review documents received from J. Rothleder. | .1 | 46.00 |

                                                          -------------
                    CURRENT FEES                               46.00


              TIMEKEEPER TIME SUMARY
    -----------------------------------------------------------
JILL A. STEINBERG       .1   at  $460.00 =      46.00
                       ----                   ---------
          TOTALS        0.1                     46.00

              SUBTOTAL FOR THIS MATTER            $46.00

```
027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
       16 JANUARY 2007                                   Page        8
```

(00006) MATTER NUMBER
RE:    CLAIMS ADMINISTRATION AND OBJECTIONS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 10/26/06 | JN ROTHLEDER | Telephone conference with D. Patchin regarding AMT document negotiations and follow-up call to S. Carroll re same. | .4 | 122.00 |
| 10/30/06 | SG CARROLL | Emails with Dan Patchin re numerous claims objections filed by debtor without any support or details of amount debtor believes is due. | .4 | 190.00 |
| 10/30/06 | JN ROTHLEDER | Review of proposed claim objections and follow-up calls with S. Carroll and D. Patchin re same; correspond with S. Carroll regarding claims objection deficiencies. | .9 | 274.50 |
| 10/30/06 | JN ROTHLEDER | Telephone conference with Dr. Low regarding claims objection process. | .5 | 152.50 |
| 10/31/06 | SG CARROLL | Emails with Dan Patchin re numerous claims objections filed by debtor without any support or details of amount debtor believes is due. | .2 | 95.00 |
| 11/02/06 | JN ROTHLEDER | Draft memo to committee members regarding claim objection process and correspond with S. Carroll and B. Skelton regarding same. | .9 | 274.50 |
| 11/03/06 | JN ROTHLEDER | Review, revise and forward to committee members memo on claims objection and telephone conference with creditor regarding claims objection process. | .6 | 183.00 |
| 11/03/06 | JN ROTHLEDER | Telephone conference with Dr. Low regarding claim objection process. | .3 | 91.50 |
| 11/08/06 | JN ROTHLEDER | Review disbursing agent agreement and draft letter to Debtor's counsel regarding compliance therewith and required information. | .6 | 183.00 |
| 11/09/06 | JN ROTHLEDER | Telephone conference with Dr. Low regarding claim objection process. | .1 | 30.50 |
| 11/27/06 | JN ROTHLEDER | Telephone conference with creditor of North Bay inquiring as to claim objection. | .1 | 30.50 |
| 11/28/06 | JN ROTHLEDER | Correspond with S. Carroll regarding status of information requested from Debtor for Wells Fargo to commence making distributions; review required information and draft follow-up correspondence to D. Patchin re same. | .3 | 91.50 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI                Invoice Number 1064253
       16 JANUARY 2007                                         Page      9

| Date | | | Description | | |
|---|---|---|---|---|---|
| 11/28/06 | SG | CARROLL | Emails with Jeff Rothleder re debtor's refusal to provide information to disbursing agent to permit distributions to be made. | .3 | 142.50 |
| 11/29/06 | JN | ROTHLEDER | Telephone conference with C. Harlan of Coastal Bend Blood Center regarding status of case. | .1 | 30.50 |
| 11/29/06 | JN | ROTHLEDER | Telephone conference with D. Patchin regarding additional information needed by Disbursing Agent. | .1 | 30.50 |
| 12/06/06 | JN | ROTHLEDER | Telephone conference with Dr. Low regarding claims administration process. | .2 | 61.00 |
| 12/11/06 | JN | ROTHLEDER | Review correspondence regarding information necessary for Disbursing Agent and follow-up with Disbursing Agent re same. | .3 | 91.50 |
| 12/12/06 | JN | ROTHLEDER | Analyze information provided by Debtor in request for all information requested by Disbursing Agent and telephone call to Disbursing Agent re same. | .8 | 244.00 |
| 12/13/06 | JN | ROTHLEDER | Correspond with D. Patchin and C. Roy regarding missing information to be forward to Disbursing Agent. | .5 | 152.50 |
| 12/15/06 | JN | ROTHLEDER | Correspond with Debtor, S. Carroll and B. Skelton regarding information received from Debtor that is necessary for Disbursing Agent to commence distributions. | .4 | 122.00 |
| 12/18/06 | JN | ROTHLEDER | Conferences with C. Johnson regarding preparation of chart detailing claim payment and follow-up telephone calls to A. Silfen and C. Roy re same. | .9 | 274.50 |
| 12/18/06 | CJ | JOHNSON | Conference with J. Rothleder; Review claims index; Prepare chart of pending claims and current amounts per claims register. | .7 | 133.00 |
| 12/19/06 | CJ | JOHNSON | Prepare chart with all information from claims register. | .8 | 152.00 |
| 12/20/06 | CJ | JOHNSON | Review claims register; prepare chart with all information from same. | 1.2 | 228.00 |
| 12/21/06 | CJ | JOHNSON | Review claims register; prepare chart with all information from same; Prepare chart of objected claims, Review Court orders on objected claims; Conference with J. Rothleder regarding claims register and duplicate claims. | 3.1 | 589.00 |
| 12/21/06 | JN | ROTHLEDER | Conference with C. Johnson regarding compilation of claim data for distributions. | .1 | 30.50 |
| 12/22/06 | CJ | JOHNSON | Review claims register; prepare chart with all information from same. | 2.2 | 418.00 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
    16 JANUARY 2007                                         Page     10


| 12/23/06 | JN | ROTHLEDER | Correspond with A. Silfen and S. Carroll regarding claims distributions and analyze plan re same. | .3 | 91.50 |
| 12/26/06 | CJ | JOHNSON | Review claims register; prepare chart with all information from same. | 1.5 | 285.00 |
| 12/27/06 | CJ | JOHNSON | Review claims register; Finalize chart with all information from same; Review docket and updated claims Register on Pacer. | 4.7 | 893.00 |
| 12/28/06 | JN | ROTHLEDER | Telephone call from and to C. Roy regarding claims distributions and forward same to Disbursing Agent. | .3 | 91.50 |

                                                           -------------
                        CURRENT FEES                          5,779.00


                    TIMEKEEPER TIME SUMARY
          ----------------------------------------------------
          SCHUYLER CARROLL          .9    at  $475.00 =       427.50
          JEFFREY ROTHLEDER        8.7    at  $305.00 =     2,653.50
          CAROLINE B. JOHNSON     14.2    at  $190.00 =     2,698.00
                                  ----                    ---------
                   TOTALS         23.8                     5,779.00


                    SUBTOTAL FOR THIS MATTER                 $5,779.00

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI      Invoice Number 1064253
     16 JANUARY 2007                              Page     11

(00007) MATTER NUMBER
RE:  MISCELLANEOUS MOTIONS AND OBJECTIONS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | | Hours | Value |
|------|------------|--|--|-------|-------|
| 10/02/06 | LA | INDELICATO | Review, revise, file and serve Motion to Continue Oct. 4 Hearing. | .9 | 189.00 |
| 11/21/06 | LA | INDELICATO | Prepare, file and serve Statement of the Official Committee of Unsecured Creditors Regarding (i) Order Granting Debtor's Motion for Order Authorizing Payment of Salary, Benefits and Reimbursement of Expenses to Tom McNaull and (ii) November 21, 2006 Hearing. | .2 | 42.00 |
| 11/28/06 | SL | LIPSTEIN | File proposed order denying motion to pursue avoidance actions | .2 | 42.00 |

```
                                           -------------
                    CURRENT FEES                273.00
```

```
                TIMEKEEPER TIME SUMARY
        ------------------------------------------------
LISA INDELICATO          1.1   at  $210.00 =      231.00
STACY L. LIPSTEIN         .2   at  $210.00 =       42.00
                         ----              ----------
        TOTALS           1.3                      273.00
```

```
                SUBTOTAL FOR THIS MATTER              $273.00
```

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI                    Invoice Number 1064253
16 JANUARY 2007                                                    Page       12


(00008) MATTER NUMBER
RE:   COMMITTEE AND DEBTOR COMMUNICATIONS, CONFERENCE

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|--|-------|-------|
| 12/06/06 | JN  ROTHLEDER | Draft, review, revise and finalize letter to D. Patchin regarding October MOR and failure of Debtor to provide information required by Disbursing Agent and conference with S. Carroll re same. | .9 | 274.50 |
| 12/07/06 | JN  ROTHLEDER | Draft, review, revise and forward letter to D. Patchin requiring certain information, i.e. October MOR and Disbursing Agent Information, to be delivered by a date certain and conferences with S. Carroll re same. | .8 | 244.00 |

```
                                                            -------------
                        CURRENT FEES                            518.50
```

```
                    TIMEKEEPER TIME SUMARY
        ---------------------------------------------------
JEFFREY ROTHLEDER          1.7   at  $305.00 =       518.50
                           ----                   ---------
            TOTALS         1.7                       518.50
```

                        SUBTOTAL FOR THIS MATTER              $518.50

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
16 JANUARY 2007                                          Page      13


(00011) MATTER NUMBER
RE:   PLAN AND DISCLOSURE STATEMENT MATTERS AND

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | | Hours | Value |
|------|------------|---|---|-------|-------|
| 10/02/06 | JN | ROTHLEDER | Call to clerk of court regarding continuance of October 4th hearing and correspond with same re same. | .2 | 61.00 |
| 10/02/06 | JN | ROTHLEDER | Draft motion to continue October 4th hearing and forward for filing; correspond with S. Carroll re same. | .6 | 183.00 |
| 10/02/06 | JN | ROTHLEDER | Telephone conference with D. Patchin regarding October 4th hearing. | .1 | 30.50 |
| 10/03/06 | JN | ROTHLEDER | Prepare for hearing on Legacy and AMT documents, including legal research regarding derivative standing granted to committees and conference with MJ Dowd re same and correspond with Court and D. Patchin re same. | 4.9 | 1,494.50 |
| 10/04/06 | JN | ROTHLEDER | Prepare for hearing on October 5th regarding AMT Document issues and Legacy transaction. | 5.2 | 1,586.00 |
| 10/04/06 | LP | POTTER | Review redrafts of documents. E-mail comments to J. Rothleder. | .8 | 428.00 |
| 10/05/06 | JN | ROTHLEDER | Non-working travel to and from Houston for hearing on Legacy and other issues. | 13.0 | 3,965.00 |
| 10/05/06 | JN | ROTHLEDER | Prepare for and attend hearing in Houston on Legacy issues. | 3.8 | 1,159.00 |
| 10/05/06 | AI | SILFEN | Approach conference. | .3 | 178.50 |
| 10/10/06 | CG | GIAIMO | Review and analyze issues regarding status of plan consummation, negotiation and execution of plan documents, claims and related contested matters. | .8 | 348.00 |
| 10/10/06 | JN | ROTHLEDER | Correspond with D. Patchin, S. Carroll and J. Steinberg regarding call for conference call with Legacy counsel. | .3 | 91.50 |
| 10/10/06 | JN | ROTHLEDER | Conference with C. Giaimo regarding status of dispute over Legacy Report and AMT documents in preparation for contested hearing on same. | .8 | 244.00 |
| 10/10/06 | JN | ROTHLEDER | Draft response to Legacy Report. | 1.1 | 335.50 |
| 10/10/06 | CG | GIAIMO | Conference with J. Rothleder regarding same. | .2 | 87.00 |
| 10/11/06 | JA | STEINBERG | Conference with S. Carroll, C Giamo, J. Rothleder re: legacy transaction; revise letter. | .5 | 230.00 |
| 10/11/06 | JN | ROTHLEDER | Draft, review and revise response to Legacy report. | 1.1 | 335.50 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
    16 JANUARY 2007                                         Page    14

| Date | | Attorney | Description | Hours | Amount |
|------|--|----------|-------------|-------|--------|
| 10/11/06 | JN | ROTHLEDER | Conference call with S. Carroll, C. Giaimo, and J. Steinberg regarding response to Legacy report. | .6 | 183.00 |
| 10/11/06 | CG | GIAIMO | Exchange e-mail and telephone conference with S. Carroll et al regarding case status and issues regarding plan documents; review file and related pleadings; review Patchin letter. | .7 | 304.50 |
| 10/12/06 | CG | GIAIMO | Conference call with debtor's counsel regarding Legacy transactions and related matters. | 1.0 | 435.00 |
| 10/12/06 | JN | ROTHLEDER | Finalize and forward Committee's response to Legacy report. | 1.1 | 335.50 |
| 10/12/06 | JN | ROTHLEDER | Conference call with S. Carroll, J. Steinberg, D. Patchin, J. Diamond and T. McNaull regarding Legacy transactions and follow-up with S. Carroll re same. | 1.2 | 366.00 |
| 10/12/06 | SG | CARROLL | E-mails with Jeff Rothleder, meeting with Jill Steinberg regarding motion to permit payment of salary to Tom Mcnaull. | .2 | 95.00 |
| 10/12/06 | SG | CARROLL | Review and Revise letter to Dan Patchin regarding legacy transactions | .4 | 190.00 |
| 10/12/06 | SG | CARROLL | Conference call with Dan Patchin, Tom Mcnaull, Jack Diamond, Jeff Rothleder, Jill Steinberg, Chris Giaimo regarding legacy transactions, prepare for conference call. | 1.3 | 617.50 |
| 10/13/06 | SG | CARROLL | Email to Dan Patchin regarding attempts to resolve legacy transactions and disputes regarding documents to be executed by Tom Mcnaull. | .1 | 47.50 |
| 10/15/06 | JN | ROTHLEDER | Analyze disclosure statement regarding ability of parent to issue shares to not only doctors but also investors. | .3 | 91.50 |
| 10/16/06 | CG | GIAIMO | Review plan and disclosure statement and related documents in conjunction with status of Legacy matters | .4 | 174.00 |
| 10/16/06 | CG | GIAIMO | Review e-mails regarding same | .2 | 87.00 |
| 10/16/06 | CG | GIAIMO | Conference with J. Rothleder regarding same | .1 | 43.50 |
| 10/17/06 | SG | CARROLL | Emails with Dan Patchin re attempts to resolve legacy transactions and disputes regarding documents to be executed by Tom McNaull, transactions that legacy expects to enter into and that will be presented to board. | .3 | 142.50 |
| 10/19/06 | CG | GIAIMO | Review status of finalization and review of plan documents and issues related to corporate opportunity analysis. | .5 | 217.50 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI                    Invoice Number 1064253
16 JANUARY 2007                                                    Page      15

| 10/23/06 | JN | ROTHLEDER | Telephone calls and e-mails to D. Patchin regarding scheduled conference call to discuss outstanding AMT issues. | .4 | 122.00 |
|---|---|---|---|---|---|
| 10/31/06 | JN | ROTHLEDER | Correspond with D. Patchin regarding status of board meeting to consider Legacy transactions. | .1 | 30.50 |
| 11/03/06 | JN | ROTHLEDER | Correspond with S. Carroll regarding Legacy votes by North Bay board and review report detailing same. | .9 | 274.50 |
| 11/06/06 | JN | ROTHLEDER | Draft and forward summary of outstanding issues with AMT document to S. Carroll. | .4 | 122.00 |
| 11/06/06 | JN | ROTHLEDER | Draft document request regarding Legacy inquiry. | .3 | 91.50 |
| 11/06/06 | TB | BUCKNELL | Office conference with J. Rothleder re: subpoenas duces tecum. | .2 | 52.00 |
| 11/06/06 | TB | BUCKNELL | Research service of subpoenas duces tecum in Southern District of Texas Bankruptcy Court. | .8 | 208.00 |
| 11/06/06 | CG | GIAIMO | Review e-mail correspondence and issues regarding hearing on post-confirmation matters; conference with J. Rothleder regarding same. | .5 | 217.50 |
| 11/06/06 | CG | GIAIMO | Review board minutes and related correspondence. | .3 | 130.50 |
| 11/07/06 | CG | GIAIMO | Review issues regarding service of discovery and matters contained therein; review J. Rothleder e-mail correspondence regarding same. | .3 | 130.50 |
| 11/07/06 | TB | BUCKNELL | Prepare subpoenas duce tecum. | .7 | 182.00 |
| 11/07/06 | TB | BUCKNELL | Research S.D. Texas rules re: subpoenas and related discovery devices. | .6 | 156.00 |
| 11/07/06 | JN | ROTHLEDER | Follow-up correspondence with S. Carroll regarding Legacy issues and pursuit thereof. | .1 | 30.50 |
| 11/08/06 | JN | ROTHLEDER | Draft and forward to S. Carroll for review subpoenas duces tecum regarding Legacy investigation. | .8 | 244.00 |
| 11/08/06 | CG | GIAIMO | Conference with J. Rothleder regarding status of hearing and related Legacy issues. | .3 | 130.50 |
| 11/13/06 | CG | GIAIMO | Review information regarding Legacy transactions and post-confirmation documents; conference with J. Rothleder regarding same and status of Nov. 21st hearing. | .6 | 261.00 |
| 11/14/06 | CG | GIAIMO | Conference with J. Rothleder regarding status of 11/21 hearing and remaining open issues. | .4 | 174.00 |
| 11/14/06 | JN | ROTHLEDER | Conference with S. Carroll regarding resolution to AMT documents and Legacy issues and follow-up correspondence and telephone call with D. Patchin re same. | .5 | 152.50 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
16 JANUARY 2007                                          Page    16

| | | | | | |
|---|---|---|---|---|---|
| 11/16/06 | JN | ROTHLEDER | Analyze proposed modifications to AMT Documents. | .4 | 122.00 |
| 11/16/06 | SG | CARROLL | Emails with Jeff Rothleder re consideration of disputes regarding documents required to be executed by Tom McNaull under plan. | .3 | 142.50 |
| 11/17/06 | CG | GIAIMO | Conferences with J. Rothleder regarding hearing status and exchange e-mail with S. Carroll regarding same. | .4 | 174.00 |
| 11/17/06 | JN | ROTHLEDER | Analyze revisions to AMT documents and correspond with S. Carroll and D. Patchin re same; telephone calls to D. Patchin re same. | .6 | 183.00 |
| 11/19/06 | JN | ROTHLEDER | Draft and revise statement to Court regarding November 21, 2006 hearing and resolution of issues. | .6 | 183.00 |
| 11/19/06 | SG | CARROLL | Review and revise statement with respect to Legacy transactions and AMT documents, emails with Jeff Rothleder re revisions to statement. | .4 | 190.00 |
| 11/20/06 | SG | CARROLL | Review and revise statement with respect to legacy transactions and AMT documents, emails with Jeff Rothleder re revisions to statement, consideration of further revision to tolling agreement requested by McNaull. | .3 | 142.50 |
| 11/20/06 | JN | ROTHLEDER | Correspond with S. Carroll and D. Patchin regarding status of revisions to AMT documents; telephone conference with Court regarding participation in hearing by telephone; revise pleading withdrawing objection to Compensation Order and correspond with S. Carroll re same. | 1.4 | 427.00 |
| 11/21/06 | JN | ROTHLEDER | Telephone conference with D. Patchin regarding resolution to AMT document issues (.2); review and execute proposed compensation order for Tom McNaull (.2) and participate in Court hearing by telephone re same (.3). | .7 | 213.50 |
| 11/21/06 | SG | CARROLL | Emails with Jeff Rothleder re revisions to statement, consideration of further revision to Tolling Agreement requested by McNaull. | .1 | 47.50 |
| 11/28/06 | JN | ROTHLEDER | Correspond with S. Carroll regarding status of executed AMT documents. | .1 | 30.50 |
| 12/12/06 | SG | CARROLL | Consideration of legacy transactions. | .4 | 190.00 |
| 12/12/06 | SG | CARROLL | Emails with Jeff Rothleder, Lee Potter re consideration of disputes regarding documents required to be executed by Tom McNaull under plan. | .2 | 95.00 |

```
                                                         -------------
                       CURRENT FEES                       18,937.00
```

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI      Invoice Number 1064253
16 JANUARY 2007                                        Page    17

TIMEKEEPER TIME SUMARY
------------------------------------------------------------

| Name | Hours | | Rate | | Amount |
|------|------|---|------|---|--------|
| ANDREW I. SILFEN | .3 | at | $595.00 | = | 178.50 |
| LEE J. POTTER | .8 | at | $535.00 | = | 428.00 |
| SCHUYLER CARROLL | 4.0 | at | $475.00 | = | 1,900.00 |
| JILL A. STEINBERG | .5 | at | $460.00 | = | 230.00 |
| CHRIS GIAIMO | 6.7 | at | $435.00 | = | 2,914.50 |
| JEFFREY ROTHLEDER | 41.6 | at | $305.00 | = | 12,688.00 |
| TIMOTHY BUCKNELL | 2.3 | at | $260.00 | = | 598.00 |
| | ---- | | | | --------- |
| TOTALS | 56.2 | | | | 18,937.00 |

FOR CHARGES:

      11/02/06  PHONE CHARGES -  SCHUYLER CARROLL            15.00
      12/01/06  PHONE CHARGES -  SCHUYLER CARROLL            10.00

        **TOTAL FOR: PHONE CHARGES**           **25.00**

                                               -------------
                CURRENT CHARGES                 25.00

                SUBTOTAL FOR THIS MATTER        $18,962.00

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
     16 JANUARY 2007                                      Page      18


     (00012) MATTER NUMBER
     RE:   CASH COLLATERAL AND DIP FINANCING

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

     FOR CHARGES:
          12/29/06  PACER  DATABASE SEARCH  11-01-2006              1.35

               **TOTAL FOR: OTHER DATABASE SEARCH**         1.35


                                                   -------------
                    CURRENT CHARGES                         1.35

                    SUBTOTAL FOR THIS MATTER              $1.35

(00019) MATTER NUMBER
RE:   CHAPTER 5 LITIGATION, COLLECTION AND INVESTIGATION

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006

| Date | Timekeeper | | Hours | Value |
|------|-----------|---|-------|-------|
| 11/27/06 | JN ROTHLEDER | Draft, review and finalize order denying motion for authority to prosecute avoidance and other actions. | .4 | 122.00 |
| 11/28/06 | JN ROTHLEDER | Review order dismissing motion to assume avoidance actions and forward for filing. | .1 | 30.50 |

```
                                                        -------------
                        CURRENT FEES                        152.50
```

```
                     TIMEKEEPER TIME SUMARY
        ----------------------------------------------------
        JEFFREY ROTHLEDER        .5   at  $305.00 =       152.50
                                ----              ---------
                     TOTALS     0.5                        152.50

                        SUBTOTAL FOR THIS MATTER              $152.50
```

```
027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI      Invoice Number 1064253
     16 JANUARY 2007                                  Page      20
```

```
(00022) MATTER NUMBER
RE:   FEE APPLICATIONS

FOR PROFESSIONAL SERVICES RENDERED THROUGH: NOVEMBER 30, 2006
```

| Date | Timekeeper | | | Hours | Value |
|------|------------|---|---|-------|-------|
| 10/02/06 | JN | ROTHLEDER | Analyze Debtor's counsel fee application. | .7 | 213.50 |
| 10/02/06 | JN | ROTHLEDER | Review and revise Arent Fox's fee application and forward to S. Carroll for review. | .3 | 91.50 |
| 10/10/06 | JN | ROTHLEDER | Finalize Arent Fox fee application for filing and forward same to S. Lipstein. | .4 | 122.00 |
| 10/10/06 | SL | LIPSTEIN | Review invoice to attach to fee app | 1.2 | 252.00 |
| 10/11/06 | SL | LIPSTEIN | Prepare fee application | 1.3 | 273.00 |
| 10/12/06 | SL | LIPSTEIN | Prepare order and notice of filing of fee application and revise fee app | 4.5 | 945.00 |
| 10/12/06 | JN | ROTHLEDER | Review and finalize Arent Fox fee application. | .4 | 122.00 |
| 10/13/06 | SL | LIPSTEIN | File and serve fee application | 2.1 | 441.00 |
| 10/15/06 | JN | ROTHLEDER | Correspond with S. Carroll regarding objection to Debtor's counsel fee application. | .1 | 30.50 |
| 10/24/06 | SL | LIPSTEIN | Review fee application re: invoice from vendor | .2 | 42.00 |
| 10/30/06 | SL | LIPSTEIN | E-mails re: fee application | .2 | 42.00 |
| 11/20/06 | LA | INDELICATO | Prepare, file and serve notice of hearing on final fee application of Arent Fox. | 1.7 | 357.00 |
| 12/02/06 | JN | ROTHLEDER | Telephone conference with S. Carroll regarding objection to emergency motion to continue hearing on Arent Fox fee application. | .1 | 30.50 |
| 12/03/06 | JN | ROTHLEDER | Draft, review and revise objection to emergency motion to continue hearing on Arent Fox fee application. | 1.7 | 518.50 |
| 12/04/06 | JN | ROTHLEDER | Review and revise objection to Debtor's emergency motion to continue hearing on Arent Fox fee application and finalize for filing; telephone conference with Court regarding filing of same (.1) and draft proposed order regarding same (.2). | 2.4 | 732.00 |
| 12/04/06 | SG | CARROLL | Review and revise objection to motion for continuance, emails and telephone call with Jeff Rothleder, Barney Skelton re various issues related to objection. | 2.9 | 1,377.50 |
| 12/04/06 | LA | INDELICATO | Prepare, file and serve Objection to Continuance of Hearing to Consider Fee Application; discuss with Rothleder. | 1.4 | 294.00 |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
      16 JANUARY 2007                                           Page      21

| Date | | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|---|
| 12/06/06 | SG | CARROLL | Telephone conference with Barney Skelton re preparation for hearing on debtors emergency motion for continuance of fee application hearing. | .4 | 190.00 |
| 12/06/06 | JN | ROTHLEDER | Telephone call to Court regarding participation in hearing on emergency motion to continue hearing on Fee Application and follow-up correspond to S. Carroll re same. | .2 | 61.00 |
| 12/06/06 | JN | ROTHLEDER | Analyze objection filed by Debtor to Arent Fox fee application and draft response to same. | .7 | 213.50 |
| 12/07/06 | JN | ROTHLEDER | Draft response to Debtor's objection to Arent Fox's fee application. | 1.3 | 396.50 |
| 12/07/06 | SG | CARROLL | Telephonic court appearance before Judge Bohm on debtor's emergency motion for continuance of fee application hearing. | .8 | 380.00 |
| 12/07/06 | SG | CARROLL | Meeting and emails with Andres Wilfen, Hunter Carter, telephone conversation with Barney Skelton re strategy for fee applications. | .6 | 285.00 |
| 12/07/06 | SG | CARROLL | Draft letters to Joe Myers, Jim Horan, Ken Rowen e discovery permitted by bankruptcy court. | .8 | 380.00 |
| 12/18/06 | JN | ROTHLEDER | Draft, review and revise response to Debtor's objection to Arent Fox's fee application. | 2.2 | 671.00 |
| 12/19/06 | JN | ROTHLEDER | Draft, review and revise response to objection to Arent Fox fee application. | .7 | 213.50 |
| 12/20/06 | JN | ROTHLEDER | Legal research regarding cases cited in Debtor's objection Arent Fox's fee application. | .7 | 213.50 |
| 12/21/06 | JN | ROTHLEDER | Telephone call to and from A. Silfen regarding response to objection to Arent Fox's fee application. | .2 | 61.00 |

```
                                                     -------------
                    CURRENT FEES                        8,949.00


                   TIMEKEEPER TIME SUMARY
        ----------------------------------------------------
        SCHUYLER CARROLL        5.5   at  $475.00 =     2,612.50
        JEFFREY ROTHLEDER      12.1   at  $305.00 =     3,690.50
        LISA INDELICATO         3.1   at  $210.00 =       651.00
        STACY L. LIPSTEIN       9.5   at  $210.00 =     1,995.00
                               ----             ---------
                  TOTALS       30.2                     8,949.00

                   SUBTOTAL FOR THIS MATTER              $8,949.00
```

```
027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI          Invoice Number 1064253
       16 JANUARY 2007                                   Page      22
```

```
                    SUMMARY OF CHARGES
                    ------------------


           TOTAL FOR: POSTAGE                        4.88
           TOTAL FOR: PHONE CHARGES                 71.87
           TOTAL FOR: DUPLICATING SUMMARY           20.60
           TOTAL FOR: OTHER DATABASE SEARCH         33.39
           TOTAL FOR: TELECOPIER                    12.00
           TOTAL FOR: MILEAGE & PARKING             50.84
           TOTAL FOR: OVERNIGHT DELIVERY            18.25
           TOTAL FOR: OUT-OF-TOWN TRANSPORTATION 1,040.10
           TOTAL FOR: TRANSCRIPTS                  220.00
           TOTAL FOR: OUT-OF-TOWN MEALS            130.08
           TOTAL FOR: REIMBURSEMENT                -22.00
```

027861 NORTH BAY GENERAL HOSPITAL, INC. - OFFICI
16 JANUARY 2007

Invoice Number 1064253
Page        23

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .30 | 595.00 | 178.50 |
| LEE J. POTTER | | 1.10 | 535.00 | 588.50 |
| SCHUYLER CARROLL | BR, 1993 (NY) | 10.40 | 475.00 | 4,940.00 |
| JILL A. STEINBERG | HEALTH, 1992 (NJ) | 1.20 | 460.00 | 552.00 |
| CHRIS GIAIMO | BR, 1995 (NY), 1998 (DC, MD) | 6.70 | 435.00 | 2,914.50 |
| **ASSOCIATES** | | | | |
| JEFFREY ROTHLEDER | BR, 2002 (MD) | 65.50 | 305.00 | 19,977.50 |
| TIMOTHY BUCKNELL | | 2.30 | 260.00 | 598.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 4.60 | 210.00 | 966.00 |
| STACY L. LIPSTEIN | BR | 9.70 | 210.00 | 2,037.00 |
| CAROLINE B. JOHNSON | | 14.20 | 190.00 | 2,698.00 |
| | | 116.00 | | 35,450.00 |

Blended Rate: 305.60

| | |
|---|---|
| BF: | Banking and Finance |
| BR: | Bankruptcy and Reorganization |
| CORP: | Corporate |
| EMPL: | Employment Law |
| HEALTH: | Health Law |
| INTL: | International Law |
| LDR: | Litigation Dispute Resolution |
| RE: | Real Estate |

027861 NORTH BAY GENERAL HOSPITAL, INC.- OFFICI       Invoice Number 1064253
    16 JANUARY 2007                              Page    24

CURRENT CHARGES FOR ALL MATTERS         1,580.01

CURRENT FEES FOR ALL MATTERS         35,450.00

TOTAL AMOUNT OF THIS INVOICE        $37,030.01
                                      ==============

REMAINING RETAINER BALANCE:           $.00

# ARENT FOX LLP

1050 Connecticut Ave., N.W.
Washington, D.C 20036-5339
Telephone: (202) 857-6000  Telecopy: (202) 857-6395
Taxpayer Identification Number: 53-0214923

| | |
|---|---|
| NORTH BAY GENERAL HOSPITAL, INC.- OFFICIAL COMMITTEE OF UNSECURED CREDITORS | Invoice Number 1064253<br>Invoice Date   01/16/07<br>Client Number  027861 |

--------------------------------------------------------------------------------

## - - REMITTANCE COPY - -

## PLEASE SEND WITH CHECK

**TOTAL AMOUNT OF THIS INVOICE**                    **$37,030.01**

**PLEASE REMIT PAYMENT BY CHECK TO THE FOLLOWING ADDRESS:**

          Arent Fox LLP
          P.O. Box 758670
          Baltimore, Maryland 21275

**WIRING INSTRUCTIONS (if applicable):**

```
Bank:                 Wachovia Bank, NA
Address:              Roanoke, VA
ABA#:                 051400549
SWIFT CODE:           PNBPUS33 (for international use)
Account #:            2065204060070
Beneficiary Name:     Arent Fox LLP
Beneficiary Address:  1050 Connecticut Ave., NW
                      Washington, DC 20036

   Please reference the following:
            Client #       027861
            Client Name    NORTH BAY GENERAL HOSPITAL, INC.- OFFICIAL COMMITTE
            Invoice Number 1064253
```

All invoices are due upon receipt.
Balance due reflects payments received through invoice date.
Any time, disbursements, and charges relating to this matter not shown above will appear on next month's bill.