## EXHIBIT B

| | Area of Expertise, Year Admitted | Hours | Rate($) | Amount($) |
|---|---|---|---|---|
| **PARTNER** | | | | |
| ANDREW I. SILFEN | BR, 1986 (NJ), 1987 (NY) | .30 | 595.00 | 178.50 |
| LEE J. POTTER | | 1.10 | 535.00 | 588.50 |
| SCHUYLER CARROLL | BR, 1993 (NY) | 10.40 | 475.00 | 4,940.00 |
| JILL A. STEINBERG | HEALTH, 1992 (NY) | 1.20 | 460.00 | 552.00 |
| CHRIS GIAIMO | BR, 1995 (NY), 1998 (DC, MD) | 6.70 | 435.00 | 2,914.50 |
| **ASSOCIATES** | | | | |
| JEFFREY ROTHLEDER | | 65.50 | 305.00 | 19,977.50 |
| TIMOTHY BUCKNELL | BR, 2002 (MD) | 2.30 | 260.00 | 598.00 |
| **PARAPROFESSIONALS** | | | | |
| LISA INDELICATO | BR | 4.60 | 210.00 | 966.00 |
| STACY L. LIPSTEIN | BR | 9.70 | 210.00 | 2,037.00 |
| CAROLINE B. JOHNSON | | 14.20 | 190.00 | 2,698.00 |
| | | 116.00 | | 35,450.00 |

Blended Rate: 305.60

BF: Banking and Finance
BR: Bankruptcy and Reorganization
CORP: Corporate
EMPL: Employment Law
HEALTH: Health Law
INTL: International Law
LDR: Litigation Dispute Resolution
RE: Real Estate

**EXHIBIT C**

```
SUMMARY OF CHARGES
------------------


TOTAL FOR: POSTAGE                              4.88
TOTAL FOR: PHONE CHARGES                       71.87
TOTAL FOR: DUPLICATING SUMMARY                 20.60
TOTAL FOR: OTHER DATABASE SEARCH               33.39
TOTAL FOR: TELECOPIER                          12.00
TOTAL FOR: MILEAGE & PARKING                   50.84
TOTAL FOR: OVERNIGHT DELIVERY                  18.25
TOTAL FOR: OUT-OF-TOWN TRANSPORTATION       1,040.10
TOTAL FOR: TRANSCRIPTS                        220.00
TOTAL FOR: OUT-OF-TOWN MEALS                  130.08
TOTAL FOR: REIMBURSEMENT                      -22.00
```